**LEE LITIGATION GROUP, PLLC**
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
                    cklee@leelitigation.com

October 30, 2018

**Via First Class Mail**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Avila v. 1134 Madison Avenue Restaurant Corp., et al.*
       Case No. 17-cv-2382

Dear Judge Abrams:

  We are counsel to Plaintiff in the above referenced case and we write jointly with counsel to Defendants. We write in response to Your Honor's Order dated October 26, 2018.

  Per the Court's instructions, attached hereto as **Exhibit A** please find Plaintiff's counsels' unredacted time records.

  With regards to the dates contained in the agreement, the parties believe the dates are still applicable. Defendants did, in fact, fund the settlement amount, which has been held in escrow pending approval of the Court.

  We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*

C.K. Lee, Esq.

Encl.